IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| LEAH HICKS § § V. § § § CIVIL ACTION NO. 1:23-CV-00317 DUNHAM-PRICE, INC. D/B/A § JUDGE MICHAEL J. TRUNCALE DUNHAMPRICE, INC., DURHAM PRICE § INDUSTRIAL, LLC AND DUNHAM § GROUP, LLC AND MICHAEL § ANDERSON § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Motion for Judgment of Dismissal with Prejudice. [Dkt. 13]. Plaintiff advises the Court that all claims in this action have been compromised to the satisfaction of the Parties, and she now seeks a dismissal with prejudice herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 23rd day of October, 2023.**

Michael J. Truncale
United States District Judge